# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN R. HALVERSON,

    *Petitioner*,

vs.

BRIAN E. WILLIAMS, *et al.*

    *Respondents*.

2:10-cv-02083-PMP-LRL

ORDER

        This habeas matter under 28 U.S.C. § 2254 comes before the Court for initial review pursuant to Rule 4 of the Rules Governing Section 2254 Cases, following upon Petitioner's filing of state court record exhibits (#8) in response to the Court's prior order.

        Petitioner did not file all of the materials directed by the Court, and he filed substantial additional materials that the Court did not seek at this point.

        In particular, Petitioner did not provide copies as directed of: (a) the briefing and/or fast track statements on his direct appeal; and (b) all papers filed presenting his claims on his second state petition. It would appear that Petitioner has the papers presenting his claims on both state petitions, as he sought to use purported copies of pages from same to state his claims in the federal petition.

        Petitioner must both fully and timely comply with Court orders or his case will be dismissed. The Court again will direct Petitioner to file copies of the above materials as well as additional materials listed below. If Petitioner again fails to fully comply with the Court's orders, the action will be dismissed without any further advance notice.

     The Court will hold the motion (#7) for appointment of counsel and the associated pauper application (#6) under submission pending completion of initial review.

     IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, Petitioner shall file a supplemental exhibit with copies of the following:

     (a)    the briefing and/or fast track statements by Petitioner or on his behalf accepted for filing on his direct appeal;

     (b)    any and all papers by Petitioner or on his behalf accepted for filing in the Supreme Court of Nevada on the appeal from the denial of his first state post-conviction petition;

     (c)    any and all papers filed by Petitioner or on his behalf presenting claims in the state district court on his second state post-conviction petition, including the second petition itself; and

     (d)    any and all papers by Petitioner or on his behalf accepted for filing in the Supreme Court of Nevada on the appeal from the denial of his second state post-conviction petition.

     IT FURTHER IS ORDERED that this action may be dismissed without further advance notice if Petitioner fails to both fully and timely comply with this order.

     DATED: February 3, 2011.

_____
PHILIP M. PRO
United States District Judge